IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS J. WINSTON,             No. CIV S-08-1292-CMK-P

      Petitioner,

  vs.                          ORDER

R.K. WONG, et al.,

      Respondents.

_____/

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is a document that was docketed as an amended petition for a writ of habeas corpus (Doc. 15), filed on November 21, 2008.

      Petitioner's original petition challenges his 2005 denial of parole. In the "amended petition" petitioner is challenging a new denial of parole in 2006. Petitioner has also filed an application for leave to proceed in forma pauperis. It appears to the court that petitioner's "amended petition" is actually a new petition which should have been filed as a new case. This case should proceed on petitioner's original petition filed June 9, 2008.

/ / /

1

1    The Clerk of the Court is directed to strike the "amended petition" (Doc. 15) and
2 the application for leave to proceed in forma pauperis (Doc. 16) from this case and open a new
3 case using these documents.  The Clerk of the Court is also directed to randomly assign this new
4 case as appropriate.
5    IT IS SO ORDERED.
6
7  DATED: December 1, 2008
8
                                                                  _____
9                                                                 **CRAIG M. KELLISON**
                                                                  UNITED STATES MAGISTRATE JUDGE